# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Mary Junita Jones, Debtor                    Case No. 24-00337-JAW
                                                                    CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  July 7, 2025            Signature:  /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O Box 13767
                                           Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Mary Junita Jones, Debtor                           Case No. 24-00337-JAW
                                                              **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in August 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on July 7, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                              /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>MARY JUNITA JONES | CASE NO: 24-00337-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/7/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/7/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: <br><br> MARY JUNITA JONES | CASE NO: 24-00337-JAW <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 13 |

On 7/7/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/7/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-00337-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON JUL 7 8-40-9 PST 2025 | (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | ~~(U)EARTH AUTO CREDIT LLC DBA CNAC~~ |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ | ~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ | ~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ |

| AARONS<br>1556 SIMPSON HWY 49<br>MAGEE MS 39111 | ADVANCE AMERICA<br>1323 W GOVERNMENT ST<br>STE D<br>BRANDON MS 39042-3084 | (P)ALLIANT CAPITAL MANAGEMENT HDH<br>ATTN CO WEINSTEIN RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 |
|---|---|---|

| BRANDON HMA LLC DBA MERIT HEALTH<br>RANKIN<br>CO DAVID L MENDELSON ESQ<br>MENDELSON LAW FIRM<br>PO BOX 17235<br>MEMPHIS TN 38187-0235 | CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO IL 60604-2863 | CNAC MS104<br>2521 HWY 80 EAST<br>PEARL MS 39208-3328 |
|---|---|---|

| EARTH AUTO CREDIT LLC DBA CNAC<br>CO SIMPSON LAW FIRM PA<br>PO BOX 2058<br>MADISON MS 39130-2058 | FAMILY HEALTH CARE<br>1551 W GOVERNMENT ST<br>BRANDON MS 39042-2408 | FIRST TOWER LOAN LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |
|---|---|---|

| JOHN S SIMPSON ESQ<br>SIMPSON LAW FIRM PA<br>FOR EARTH AUTO CREDIT LLC DBA CNAC<br>PO BOX 2058<br>MADISON MS 39130-2058 | MS TITLE LOANS<br>659 OLD HWY 49 S<br>RICHLAND MS 39218-6033 | MERIT HEALTH<br>PO BOX 281441<br>ATLANTA GA 30384-1441 |
|---|---|---|

| MERIT HEALTH RANKIN<br>CO PASI<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 | MISSISSIPPI FED CU<br>P O BOX 55889<br>JACKSON MS 39296-5889 | MISSISSIPPI TITLE LOANS INC<br>8601 DUNWOODY PLACE STE 406<br>ATLANTA GA 30350-2550 |
|---|---|---|

| REPUBLIC FINANCE<br>1573 SIMPSON HWY 49 S<br>STE 6<br>MENDENHALL MS 39114 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | SAPIENTES FUNDING II LLC<br>CO WAKEFIELD ASSOCIATES LLC<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 |
|---|---|---|

| SCOLOPAX LLC<br>CO WEINSTEIN RILEY PS<br>1415 WESTERN AVE SUITE 700<br>SEATTLE WA 98101-2051 | SIMPSON GENERAL HOSPIT<br>PO BOX 457<br>MENDENHALL MS 39114-0457 | SIMPSON GENERAL HOSPITAL<br>1842 SIMPSON HWY 149<br>MENDENHALL MS 39114-3438 |
|---|---|---|

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SPEEDY CASH<br>3611 N RIDGE RD<br>WICHITA KS 67205-1214 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | UNITED CREDIT CORP OF MAGEE<br>1586 SIMPSON HWY 49<br>MAGEE MS 39111-4401 |
| UNITED CREDIT<br>1586 SIMPSON HWY 49<br>MAGEE MS 39111-4401 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | (P)WAKEFIELD ASSOCIATES<br>PO BOX 58<br>FORT MORGAN CO 80701-0058 |
| ZAKARIA NEWSOME<br>112 ROSE HILL CIRCLE<br>MENDENHALL MS 39114-4434 | DEBTOR<br>MARY JUNITA JONES<br>112 ROSE HILL CIRCLE<br>MENDENHALL MS 39114-4434 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |

~~EXCLUDE~~
~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN - CHAPTER 13~~
~~BANKRUPT~~
~~200 NORTH CONGRESS STREET STE 400~~
~~JACKSON MS 39201-1902~~