___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 14, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                                 **CHAPTER 13:**

**MARY JUNITA JONES**                                                           **CASE NO. 24-00337-JAW**

## <u>CONDITIONAL AGREED ORDER</u>

     **THIS MATTER** came before the Court on the Debtor's Motion to Allow Payment Arrearages (Docket #40) and the Trustee's Objection (Docket #42). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Debtor's Motion to Allow Payment Arrearages should be conditionally granted.

     **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion to Allow Payment Arrearages is hereby granted based on the condition that the Debtor shall **submit funds to the Trustee in the amount of at least One Thousand Eight Hundred Thirty Dollars and 50/100 ($1,830.50) on or before August 28, 2025**. Upon receipt of said funds, the Trustee shall cure the plan payment arrearages and amortize the delinquency over the remaining life of the plan and amend the employer wage order accordingly.

     **IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned requirements on or before **August 28, 2025**, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

| SUBMITTED BY: | AGREED BY: |
|---|---|
| <u>/s/ Kellie Grizzell</u> | <u>/s/ Thomas C. Rollins, Jr.</u> |
| Kellie Grizzell, MSB# 105681 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. BOX 13767 |
| Torri Parker Martin, MSB# 103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: 601-500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: 601-981-9100 | |
| Email: KGrizzell@tpmartinch13.com | |