United States Bankruptcy Court
Southern District of Mississippi

| In re: | Case No. 24-00337-JAW |
|---|---|
| Mary Junita Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary Junita Jones, 112 Rose Hill Circle, Mendenhall, MS 39114-4434 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Earth Auto Credit  LLC d/b/a CNAC jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Junita Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Torri Parker Martin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-3          User: mssbad          Page 2 of 2
Date Rcvd: Aug 14, 2025          Form ID: pdf012          Total Noticed: 1

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                    **CHAPTER 13:**

**MARY JUNITA JONES**                                    **CASE NO. 24-00337-JAW**

### CONDITIONAL AGREED ORDER

    **THIS MATTER** came before the Court on the Debtor's Motion to Allow Payment Arrearages (Docket #40) and the Trustee's Objection (Docket #42). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Debtor's Motion to Allow Payment Arrearages should be conditionally granted.

    **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion to Allow Payment Arrearages is hereby granted based on the condition that the Debtor shall **submit funds to the Trustee in the amount of at least One Thousand Eight Hundred Thirty Dollars and 50/100 ($1,830.50) on or before August 28, 2025**. Upon receipt of said funds, the Trustee shall cure the plan payment arrearages and amortize the delinquency over the remaining life of the plan and amend the employer wage order accordingly.

    **IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned requirements on or before **August 28, 2025**, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ Kellie Grizzell | /s/ Thomas C. Rollins, Jr. |
| Kellie Grizzell, MSB# 105681 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. BOX 13767 |
| Torri Parker Martin, MSB# 103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: 601-500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: 601-981-9100 | |
| Email: KGrizzell@tpmartinch13.com | |