United States Bankruptcy Court
Southern District of Mississippi

In re:  
Mary Junita Jones  
    Debtor

Case No. 24-00337-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3  
Date Rcvd: Jan 29, 2026      Form ID: ntcdsm      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Junita Jones, 112 Rose Hill Circle, Mendenhall, MS 39114-4434 |
| 5332566 | | Aaron's, 1556 Simpson Hwy 49, Magee, MS 39111 |
| 5332955 | | Brandon HMA, LLC dba Merit Health Rankin, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |
| 5332569 | + | Cnac - Ms104, 2521 Hwy 80 East, Pearl, MS 39208-3328 |
| 5332570 | + | Family Health Care, 1551 W Government St, Brandon, MS 39042-2408 |
| 5332573 | + | MS Title Loans, 659 Old Hwy 49 S, Richland, MS 39218-6033 |
| 5332571 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5332574 | | Republic Finance, 1573 Simpson Hwy 49 S, Ste 6, Mendenhall, MS 39114 |
| 5332575 | | Simpson General Hospit, PO Box 457, Mendenhall, MS 39114-0457 |
| 5342166 | + | Simpson General Hospital, 1842 Simpson Hwy 149, Mendenhall MS 39114-3438 |
| 5339117 | + | UNITED CREDIT CORP OF MAGEE, 1586 SIMPSON HWY 49, MAGEE, MS 39111-4401 |
| 5332579 | + | United Credit, 1586 Simpson Hwy 49, Magee, MS 39111-4401 |
| 5332581 | + | Za'karia Newsome, 112 Rose Hill Circle, Mendenhall, MS 39114-4434 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5332565 | | Email/Text: ebn@21stmortgage.com | Jan 29 2026 19:37:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5338886 | | Email/Text: ebn@21stmortgage.com | Jan 29 2026 19:37:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 5358717 | | Email/Text: bncmail@w-legal.com | Jan 29 2026 19:37:00 | Alliant Capital Management - HDH, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5332567 | + | Email/Text: bnc@teampurpose.com | Jan 29 2026 19:37:00 | Advance America, 1323 W Government St, Ste D, Brandon, MS 39042-3084 |
| 5332568 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 29 2026 19:36:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5332576 | | Email/Text: rboone@simpsonlawfirm.net | Jan 29 2026 19:37:00 | Earth Auto Credit, LLC d/b/a CNAC, c/o Simpson Law Firm PA, P.O. Box 2058, Madison, MS 39130-2058 |
| 5365332 | + | Email/Text: bankruptcy@towerloan.com | Jan 29 2026 19:36:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5365309 | ^ | MEBN | Jan 29 2026 19:34:10 | John S. Simpson, Esq., Simpson Law Firm, P.A., For Earth Auto Credit, LLC d/b/a CNAC, P.O. Box 2058, Madison, MS 39130-2058 |
| 5341176 | + | Email/Text: pasi_bankruptcy@chs.net | Jan 29 2026 19:36:00 | Merit Health Rankin, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: ntcdsm | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5332572 | + | Email/Text: jmiller@mutualcu.org | Jan 29 2026 19:37:00 | Mississippi Fed Cu, P O Box 55889, Jackson MS 39296-5889 |
| 5373151 | + | Email/Text: bankruptcy_department@clacorp.com | Jan 29 2026 19:36:00 | Mississippi Title Loans, Inc., 8601 Dunwoody Place Ste. 406, Atlanta, GA 30350-2550 |
| 5335060 | | Email/Text: bankruptcy@republicfinance.com | Jan 29 2026 19:37:00 | Republic Finance, Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5343719 | + | Email/Text: bankruptcytn@wakeassoc.com | Jan 29 2026 19:36:00 | SAPIENTES FUNDING II, LLC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5359953 | + | Email/Text: bncmail@w-legal.com | Jan 29 2026 19:36:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 5332577 | + | Email/Text: bkinfo@ccfi.com | Jan 29 2026 19:37:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5332578 | | Email/Text: bankruptcy@towerloan.com | Jan 29 2026 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5332580 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jan 29 2026 19:36:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Earth Auto Credit, LLC d/b/a CNAC |
| cr | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37902 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Earth Auto Credit  LLC d/b/a CNAC jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: ntcdsm | Total Noticed: 30 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Mary Junita Jones trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Trustee Torri Parker Martin trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 24−00337−JAW
Chapter: 13

In re:
    Mary Junita Jones
    112 Rose Hill Circle
    Mendenhall, MS 39114

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−3535

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on January 29, 2026.

Dated: 1/29/26
        Danny L. Miller, Clerk of Court
        Thad Cochran U.S. Courthouse
        501 E. Court Street
        Suite 2.300
        Jackson, MS 39201
        601−608−4600