0040-2H-EPIEXX-00422029-366055

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

In re:  MARY JUNITA JONES                                    Case No.:  24-00337-JAW

_____Debtor(s)_____

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Torri Parker Martin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  02/13/2024.
2) The plan was confirmed on 04/23/2024.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  10/21/2024.
5) The case was dismissed on  01/29/2026.
6) Number of months from filing or conversion to last payment:  22.
7) Number of months case was pending:  23.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  17,110.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $20,838.50 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $20,838.50 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,475.78 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,835.22 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $5,311.00 |

Attorney fees paid and disclosed by debtor:            $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 21ST MORTGAGE CORPORATION | Secured | 126,312.00 | 117,954.04 | 13,432.09 | 13,432.09 | .00 |
| 21ST MORTGAGE CORPORATION | Secured | 6,679.00 | 10,979.19 | 10,979.19 | 1,929.25 | .00 |
| AARON'S | Secured | NA | NA | NA | .00 | .00 |
| ADVANCE AMERICA | Unsecured | 876.50 | NA | NA | .00 | .00 |
| ALLIANT CAPITAL MANAGEMENT - HDH | Unsecured | NA | 1,076.37 | 1,076.37 | .00 | .00 |
| BRANDON HMA, LLC | Unsecured | 6,786.30 | 774.46 | 774.46 | .00 | .00 |
| CASHNETUSA | Unsecured | 1,713.04 | NA | NA | .00 | .00 |
| CNAC- MS 104 | Unsecured | 4,804.00 | NA | NA | .00 | .00 |
| EARTH AUTO CREDIT, LLC | Unsecured | NA | 6,950.68 | 6,950.68 | .00 | .00 |
| FAMILY HEALTHCARE | Unsecured | 4,568.04 | NA | NA | .00 | .00 |
| JOHN SIMPSON | Unsecured | NA | NA | NA | .00 | .00 |
| MERIT HEALTH RANKIN | Unsecured | NA | 865.01 | 865.01 | .00 | .00 |
| MISSISSIPPI FEDERAL CREDIT UNION | Unsecured | 1,241.00 | 1,241.54 | 1,241.54 | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0040-2H-EPIEXX-00422029-366055

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

In re:  MARY JUNITA JONES

Case No.:  24-00337-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MISSISSIPPI TITLE LOANS, INC. | Secured | 892.19 | 963.33 | 963.33 | 12.54 | 153.62 |
| REPUBLIC FINANCE, LLC | Unsecured | 2,304.00 | 2,309.20 | 2,309.20 | .00 | .00 |
| SAPIENTES II | Unsecured | 1,302.00 | 1,161.00 | 1,161.00 | .00 | .00 |
| SCOLOPAX, LLC | Unsecured | NA | 644.65 | 644.65 | .00 | .00 |
| SIMPSON GENERAL HOSPITAL | Unsecured | 1,458.50 | 1,220.18 | 1,220.18 | .00 | .00 |
| SIMPSON LAW FIRM | Unsecured | NA | NA | NA | .00 | .00 |
| SPEEDY CASH | Unsecured | 956.00 | NA | NA | .00 | .00 |
| TOWER LOAN OF MISSISSIPPI, LLC | Unsecured | 1,894.00 | 2,000.88 | 2,000.88 | .00 | .00 |
| UNITED CREDIT OF MAGEE | Unsecured | 1,364.44 | 1,410.06 | 1,410.06 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 13,432.09 | 13,432.09 | .00 |
| Mortgage Arrearage: | 10,979.19 | 1,929.25 | .00 |
| Debt Secured by Vehicle: | 963.33 | 12.54 | 153.62 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 25,374.61 | 15,373.88 | 153.62 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 19,654.03 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,311.00 |
| Disbursements to Creditors: | $15,527.50 |
| **TOTAL DISBURSEMENTS:** | $20,838.50 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/30/2026

By:  /s/Torri Parker Martin

Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)